# UNITED STATES DISTRICT COURT
for
NORTHERN DISTRICT OF CALIFORNIA
San Francisco Venue

## Request for Modifying the Conditions or Term of Supervision
with Consent of the Offender

Name of Offender: Wayne Lawrence Standart    Docket No.: CR 04-00360-03 SI

Name of Sentencing Judge: The Honorable Susan Illston
United States District Judge

**FILED**

**FEB 1 6 2010**

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Date of Original Sentence: June 30, 2006

Original Offense:
Count 1: Conpsiracy to Possess Stolen Firearms, 18 U.S.C. § 371, a Class D felony
Count 2: Possession of Stolen Firearms, 18 U.S.C. § 922(j), a Class C felony

Original Sentence: 27 months imprisonment, 2 years supervised release
Special Conditions: special assessment $200; restitution $55,000; substance abuse evaluation, and treatment if appropriate; access to financial information; no new lines of credit or debt; search; not own or possess any firearms, ammunition, destructive devices, or other dangerous weapons; no contact with co-defendants, namely Arthur Bernard Gates and Thomas Christopher Schoenstein; DNA collection

Type of Supervision: Supervised Release    Date Supervision Commenced: August 11, 2008
Assistant U.S. Attorney: Jeffrey R. Finigan    Defense Counsel: Erwin F. Fredrich (Retained)

### Petitioning the Court

To modify the conditions of supervision as follows:

> The Court waives interest charges on the joint and several restitution obligation retroactive to sentencing on June 30, 2006.

NDC-SUPV-FORM 12B(1) 06/23/08

### Cause

Since the inception of his supervision on August 8, 2008, the offender has worked regularly at Broadmoor Landscape Supply, where he earns about $16 per hour. The offender has made regular and consistent payments of $300 toward his restitution obligation of $55,000, which his owes jointly and severally with the two codefendants in the case. Despite his regular payments, the balance of the joint and several restitution obligation has gone from $55,000 at the time of sentencing to about $58,000 currently, as a result of the annual interest rate of 5.1%. One of the codefendants also pays toward the restitution obligation, but the portion of his payments that is applied to the joint and several obligation is nominal. (He is also responsible for a separate restitution obligation that is not joint and several.) The third codefendant will release shortly from the Bureau of Prisons. His financial circumstances are unknown.

It is my view that the offender's efforts to pay faithfully toward his restitution should result, over time, in the resolution of his financial obligations in this case. As it currently stands, the defendant is likely to pay $300 monthly for the rest of his life, with no eventual relief, long after he has terminated from supervision, and has done his best to make the victim of his offense whole. Even if the interest is waived, the defendant could conceivably be paying toward this obligation for as many as 15 years. I see little value in setting a goal that the offender could not possibly achieve, which seems to be the case as the restitution obligation is currently structured. As such, I recommend that interest be waived, and that the defendant remain jointly and severally responsible for the $55,000 restitution ordered in the original judgment.

The Assistant U.S. Attorney has been notified and objects, maintaining the view that in order to be fully compensated, the victim should be able to seek the entirety of his loss, plus interest, via a civil judgment after the closure of the criminal procedings in the case.

Respectfully submitted,                          Reviewed by:


_____                        _____
Joshua D. Sparks                                 James M. Schloetter
U.S. Probation Officer                           Supervisory U.S. Probation Officer

Date Signed: February 9, 2010


NDC-SUPV-FORM 12B(1) 06/23/08

Wayne Lawrence Standart  
CR 04-00360-03 SI

Page 3

---

THE COURT ORDERS:

☒ To modify the conditions of supervision as follows:

The Court waives interest charges on the joint and several restitution obligation retroactive to sentencing on June 30, 2006.

☐ Other:

_____2/12/10_____  
Date

_____[signature]_____  
Susan Illston  
United States District Judge